UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Plaintiffs,

vs.

FERMEZZA CONCRETE, INC., Michigan corporation, and GRACE MARSHALL, an individual, jointly and severally

    Defendants.

Case No. 06-15542
Hon. Patrick J. Duggan

_____/

## PLAINTIFFS' EXPARTE MOTION FOR ALTERNATE SERVICE

Plaintiffs, through counsel, hereby request that an Order for Alternate Service permitting that the Summons, Complaint and all other papers in this case be served upon Defendants, Fermezza Concrete, Inc. and Grace Marshall, first class mail, and/or certified mail, return receipt requested, to 22385 Starks Drive, Clinton Township, Michigan 48036, and/or by firmly tacking or affixing a copy of such Summons and Complaint to the front door of said residence. The grounds for this motion are set out in the accompanying Affidavit of Process Server and Change of Address or Boxholder Request Form attached as Exhibit 1 in Plaintiffs' brief.

BY: s/Michael A. Novara
Michael A. Novara (P64388)
Attorneys for Plaintiffs
2000 Town Center, Suite. 2370
Southfield, MI 48075-1314
(248) 354-0380
man@novaratesija.com

Dated: February 6, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

 Plaintiffs,

vs.

FERMEZZA CONCRETE, INC., a Michigan corporation, and GRACE MARSHALL, an individual, jointly and severally
 Defendants.

Case No. 06-15542
Hon. Patrick J. Duggan

_____/

## BRIEF IN SUPPORT OF PLAINTIFFS' EXPARTE MOTION FOR ALTERNATE SERVICE

Service of process upon Defendants Fermezza Concrete, Inc. and Grace Marshall cannot be reasonably made as otherwise shown by the accompanying Affidavit of Process Server and Change of Address or Boxholder Request Form **(Exhibit 1)**. It is clear that 22385 Starks Drive, Clinton Township, Michigan 48036, is the last known address of the Defendants Fermezza Concrete, Inc. and Grace Marshall. Further, in support of their motion, Plaintiffs rely on Fed. Rul. Civ. P. Rule 4(e)(1) and MCR 2.105(I)(1) and 2.106.

Accordingly, Plaintiffs' request an order providing for alternate service of the Summons, Complaint and all other papers in this case.

NOVARA, TESIJA & McGUIRE, P.L.L.C.

By: s/Michael A. Novara
   Michael A. Novara (P64388)
   Attorney for Plaintiffs
   2000 Town Center, Suite 2370
   Southfield, MI 48075
   (248) 354-0380
   man@novaratesija.com

Dated: February 6, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

Plaintiffs,

vs.

FERMEZZA CONCRETE, INC., a Michigan corporation, and GRACE MARSHALL, an individual, jointly and severally

Defendants.

Case No. 06-15542
Hon. Patrick J. Duggan

_____/

### CERTICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the Court. Furthermore, I hereby certify that my secretary mailed by United States Postal Service the papers to the following non-ECF participant,

Fermezza Concrete, Inc.
22385 Starks Drive
Clinton Township, Michigan 48036

Grace Marshall
22385 Starks Drive
Clinton Township, Michigan 48036

Respectfully submitted,

NOVARA, TESIJA & McGUIRE, P.L.L.C.

BY:   s/Michael A. Novara
         Michael A. Novara (P64388)
         Attorney for Plaintiffs
         2000 Town Center, Suite 2370
         Southfield, MI 48075-1314
         (248) 354-0380
         man@novaratesija.com

Dated: February 6, 2007