Approved, SCAO

Original - Court    2nd copy - Defendant
1st copy - Officer   3rd copy - Plaintiff

| STATE OF MICHIGAN<br>U.S. JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | REQUEST AND ORDER TO<br>SEIZE PROPERTY | CASE NO.<br>06-15542<br>PJD |
|---|---|---|

Court address
231 W. Lafayette Blvd., Detroit, MI 48224

Court telephone no.

Plaintiff name(s) and address(es)
Trustees of the Michigan Regional Council of Carpenters
Employee Benefits Fund, et al.

v

Defendant name(s) and address(es)
Fermezza Concrete, Inc.
22385 Starks Drive
Clinton Township, MI 48036

RECEIVED APR 22 2008 CLERK'S OFFICE U.S. DISTRICT COURT

**REQUEST AND VERIFICATION**

1. On 06/07/2007 a judgment was granted in this case upon which the following is now due.
   Date

   Amount of judgment $ 26,718.51    Interest to this date $ 2,802.15    Postjudgment costs $ 0.00
   Total             $ 29,520.66    Less credits received $ 0.00        *Balance due to date $ 29,520.66
   *Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

   Fermezza Concrete, Inc.
   Name                                         Date of birth (if available)

   Name                                         Date of birth (if available)

I declare that the statements above are true to the best of my information, knowledge, and belief.

4-10-08                                  /s/ Michael A. Novara, Attorney    P64388
Date                                     Plaintiff/Attorney signature Michael A. Novara    Bar no.
2000 Town Center, Suite 2370             Southfield              MI    48075    (248) 354-0380
Address                                  City                    State  Zip    Telephone no.

**ORDER**

TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:
1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the **Request and Verification** that is not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
☐ 4. Deposit proceeds of sale with the court after deducting statutory fees and statutory expenses.
☐ 5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in item 6.

MAY 0 2 2008                             /s/ Paul J Duggan
Date                                     Judge                                    Bar no.

Order to be served by: _____
                       Court officer/Deputy sheriff

ENDORSEMENT: I certify that I received this order on _____ at _____
                                                     Date                      Time

_____
Court officer/Deputy sheriff

TO THE DEFENDANT: The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19 (3/06)  REQUEST AND ORDER TO SEIZE PROPERTY                MCL 600.2920, MCL 600.6002, MCR 3.106

Approved, SCAO

| | | Original - Court | 2nd copy - Defendant |
|---|---|---|---|
| | | 1st copy - Officer | 3rd copy - Plaintiff |

| STATE OF MICHIGAN<br>U.S. JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | REQUEST AND ORDER TO<br>SEIZE PROPERTY | CASE NO.<br>06-15542<br>- PJD |
|---|---|---|

Court address | Court telephone no.
231 W. Lafayette Blvd., Detroit, MI 48224

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Trustees of the Michigan Regional Council of Carpenters<br>Employee Benefits Fund, et al. | v | Grace Marshall<br>22385 Starks Drive<br>Clinton Township, MI 48036 |

RECEIVED APR 22 2008 CLERK'S OFFICE U.S. DISTRICT COURT

## REQUEST AND VERIFICATION

1. On 06/07/2007 a judgment was granted in this case upon which the following is now due:

Amount of judgment $ 26,718.51   Interest to this date $ 2,802.15   Postjudgment costs $ 0.00
Total             $ 29,520.66   Less credits received $ 0.00   *Balance due to date $ 29,520.66

*Additional statutory interest, officer/sheriff fees, and expenses may be charged in addition to the unpaid balance according to law.

2. The plaintiff requests the court issue an order to seize the property of the following defendant(s):

Grace Marshall
Name | Date of birth (if available)

Name | Date of birth (if available)

I declare that the statements above are true to the best of my information, knowledge, and belief.

4-10-08 | /s/ Michael A. Novara, Attorney | P64388
Date | Plaintiff/Attorney signature Michael A. Novara | Bar no.
2000 Town Center, Suite 2370 | Southfield | MI | 48075 | (248) 354-0380
Address | City | State | Zip | Telephone no.

## ORDER

**TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER - YOU ARE ORDERED TO:**

1. Seize and sell, according to law, any of the personal property (as determined by the officer) of defendant(s) named above in the **Request and Verification** that is not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.
2. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell any of the real property of defendant(s) not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.
3. Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.
☐ 4. Deposit proceeds of sale with the court after deducting statutory fees and statutory expenses.
☐ 5. Claim and Delivery Only: Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
6. You must endorse the month, day, year, and hour that you receive this order, and **that time is the effective date of this order.** You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete the service and return after the return date.
7. You may not continue collecting on this order after the return date except as indicated in item 6.

MAY 0 2 2008 | /s/ Patrick J Duggan |
Date | Judge | Bar no.

Order to be served by: _____
Court officer/Deputy sheriff

ENDORSEMENT: I certify that I received this order on _____ at _____
Date | Time

_____
Court officer/Deputy sheriff

TO THE DEFENDANT: The person seizing property is required to provide you with a receipt of all money paid by you and an inventory of the property seized.

MC 19 (3/06) REQUEST AND ORDER TO SEIZE PROPERTY | MCL 600.2920, MCL 600.6002, MCR 3.106